Wendy M. Krincek, Esq.
Bar No. 6417
Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email:        wkrincek@littler.com
              athompson@littler.com

Attorneys for Defendant
AMAZON.COM, INC.
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CONLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON INC.; AMAZON.COM SERVICES, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01257-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff ELIZABETH CONLEY ("Plaintiff"), and Defendants, AMAZON.COM, INC. and AMAZON.COM SERVICES LLC ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law whether local, state, or federal in any forum that would be available for the claims dismissed by this Stipulation.

4867-1657-4958.1 / 114766-1191

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

**IT IS SO STIPULATED.**

Dated: November 14, 2024

| GABROY MESSER | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Kaine Messer, Esq.* | */s/ Amy L. Thompson, Esq.* |
| Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>Attorneys for Plaintiff | Wendy M. Krincek, Esq.<br>Amy L. Thompson, Esq.<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 15 day of November 2024.

4867-1657-4958.1 / 114766-1191

2